FILED
IN OPEN COURT
SEP 1 2 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY CB DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-148-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| VONNIE LYNN SOX | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on February 14, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 982, based upon the defendant pleading guilty to 18 U.S.C. § 371, and agreeing to the forfeiture of the property listed in the February 14, 2011 Preliminary Order of Forfeiture, to wit:

**Currency**

a) $256,272.70 U. S. currency,

b) $51.00 U. S. currency,

c) $199,100.00 U. S. currency,

d) $12,569.00 U. S. currency, and

e) $276.00 U. S. currency.

**Bank Account Proceeds**

a) $6,329.93 proceeds seized from Bank of America Account 002372931012,

b) $1,506.89 proceeds seized from Bank of America Account 000605001919,

c) $1,390.00 Official Check from State Employee Credit Union,

and

d) $8,967.73 proceeds seized from National Bank of Florence/Community Resource Bank Account 2110204168.

**VEHICLES**

a) A 2004 Toyota, Landcruiser VIN: JTEHT05J242056359, and

b) A 2004 Toyota, Tundra VIN: 5TBRN34134S438875.

**REAL PROPERTY**

All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments, and easements, having the street address of 205 N.W. Center Street, Mt. Olive, North Carolina, located in Wayne County, North Carolina, and being more particularly described in a deed recorded in Book 2539, page 899 of the Wayne County Register of Deeds. Being titled in the name of Lynn Sox;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 26, 2011 and April 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of

the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's February 14, 2011 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the February 14, 2011 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Treasury is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 12th day of September, 2011.

LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE